**Troy D. MCNALLY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 65, 2017

Supreme Court of Delaware.

Submitted: May 1, 2017

Decided: July 7, 2017

Court Below—Superior Court of the State of Delaware, ID. No. 0701005246 (K)

DISMISSED.

■

**Jeffrey CRIPPEN, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 54, 2017

Supreme Court of Delaware.

Submitted: July 3, 2017

Decided: July 7, 2017

Court Below—Superior Court of the State of Delaware, ID. No. 1509015531 (K)

GRANTED. AFFIRMED.

■

**Oscar MARTINEZ, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 255, 2017

Supreme Court of Delaware.

Submitted: June 22, 2017

Decided: July 10, 2017

Rehearing Denied July 26, 2017

Court Below—Superior Court of the State of Delaware, ID. No. 0905009708 (N)

DISMISSED.

■

**Paula G. ALCOCK, Appellant Below, Appellant,**

v.

**DPNL LLC and Unemployment Insurance Appeal Board, Appellees Below, Appellees.**

No. 334, 2016

Supreme Court of Delaware.

Submitted: April 13, 2017

Decided: July 11, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15A–07–007

AFFIRMED.